COLU REALTY CORPORATION, Appellant, v. SAMUEL SHNITMAN and Another, Respondents.— Order so far as appealed from reversed, with twenty dollars costs and disbursements, and motion granted as to all the items specified in the order to show cause, and directing the production of the books and records for the purpose

of giving plaintiff a discovery and inspection thereof. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.